IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00195-MR-WCM

| | |
|---|---|
| HERITAGE PROPERTY & CASUALTY INSURANCE COMPANY *as subrogee of William Hobbs*<br><br>Plaintiffs,<br><br>v.<br><br>OMEGA FLEX, INC.<br><br>Defendant. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 5) filed by W. James Johnson. The Motion indicates that Mr. Johnson, a member in good standing of the Bar of this Court, is local counsel for Defendant and that he seeks the admission of Erin W. Grewe, who the Motion represents as being a member in good standing of the Bars of Pennsylvania, New Jersey, and New York. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 5) and **ADMITS** Erin W. Grewe to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: August 11, 2021

W. Carleton Metcalf
United States Magistrate Judge