IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00195-MR-WCM

| | |
|---|---|
| HERITAGE PROPERTY & CASUALTY INSURANCE COMPANY *as subrogee of William Hobbs*<br><br>　　　　　Plaintiffs,<br>v.<br><br>OMEGA FLEX, INC.<br><br>　　　　　Defendant. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 8) filed by Zachary V. Renegar. The Motion indicates that Mr. Renegar, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Mark E. Utke, who the Motion represents as being a member in good standing of the Bar of Pennsylvania. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 8) and **ADMITS** Mark E. Utke to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: August 16, 2021

*/s/ W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge